DANIEL S. WITTENBERG (SBN: 158254)
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020

Attorneys For: Defendant
ELECTROLOGIC OF AMERICA, INC.

*ORDER E-FILED ON 11/28/2005*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI CASTRO and WILLIAM CASTRO<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTROLOGIC OF AMERICA, INC.<br><br>Defendant. | CASE NO. 05-03206 HRL<br><br>STIPULATION TO MODIFY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE<br><br>AND ORDER |

Pursuant to Local Rules 16-2 and 7-12, Defendant Electrologic of America, through its attorneys, and Plaintiffs, Levi Castro and William Castro, through their attorneys, (collectively, the "Parties") hereby submit this Stipulation to Modify the Court's Order Setting Initial Case Management Conference. In support thereof, the Parties state:

The Parties have conferred and agreed to pursue early resolution of this case through informal means. To facilitate their pursuit of this early resolution, the Parties seek to extend by 90 days the deadlines set forth in the Court's Order Setting Initial Case Management Conference, filed on August 8, 2005.

Accordingly, the Parties propose the following revised case management schedule:

| Date | Description |
|---|---|
| 2/20/06 | Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan. |
| 2/20/06 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference. |
| 3/6/06 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report. |
| 3/~~18~~14/06 | Case Management Conference at 1:30 PM. |

The Parties respectfully request that the Court approve the Parties' Stipulation to Modify the Court's Order Setting Initial Case Management Conference and adopt the proposed revised case management schedule set forth above.

Dated: 11/7/05

Signature: /s/ Daniel S. Wittenberg
Daniel S. Wittenberg
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
*Counsel for Defendant*

Dated: 11/1/05

Signature: /s/ Michael B. Moore
Michael B. Moore
Charles A. Browning
MOORE & BROWNING
595 Market Street, Suite 1320
San Francisco, CA 94105
Telephone: (415) 956-6500
Fax: (415) 956-6580
*Counsel for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 28, 2005     Signature: /s/ Howard R. Lloyd
United States Magistrate Judge

STIPULATION TO MODIFY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

2