| | |
|---|---|
| 1 | DANIEL S. WITTENBERG (SBN: 158254) |
|   | SNELL & WILMER L.L.P. |
| 2 | 1200 Seventeenth Street, Suite 1900 |
|   | Denver, CO 80202 |
| 3 | Telephone: (303) 634-2000 |
|   | Facsimile: (303) 634-2020 |
| 4 | |
|   | Attorneys For: Defendant |
| 5 | ELECTROLOGIC OF AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI CASTRO and WILLIAM CASTRO | CASE NO. 05-03206 JW |
| Plaintiffs, | |
| vs. | THIRD STIPULATION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE |
| ELECTROLOGIC OF AMERICA, INC. | |
| Defendant. | |

Pursuant to Local Rules 16-2 and 7-12, Defendant Electrologic of America, through its attorneys, and Plaintiffs, Levi Castro and William Castro, through their attorneys, (collectively, the "Parties") hereby submit this Third Stipulation to Modify the Court's Order Setting Case Management Conference. In support thereof, the Parties state:

The Parties have conferred and agreed to pursue early resolution of this case through private mediation. Although the parties were scheduled to mediate this case on June 9, 2006, the mediation had to be postponed due to the Parties' inability to procure certain medical records that are critical to a fair and thorough evaluation of the case. The Parties are, however, diligently attempting to obtain the necessary medical records and have rescheduled the mediation for

SECOND STIPULATION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE

1  August 14, 2006, at JAMS in San Jose, California. If this case is not resolved in mediation, the
2  Parties agree to hold the Case Management Conference 30 days after the date that the current case
3  management conference is scheduled, which is July 31, 2006, at 10:00 AM.
4  
5  Accordingly, the Parties propose the following revised case management schedule:

6  8/3/06        Last day to meet and confer regarding initial disclosures, early settlement,
                 ADR process selection, and discovery plan.

7  8/3/06        Last day to file Joint ADR Certification with Stipulation to ADR process or
8                Notice of Need for ADR Phone Conference.

9  8/24/06       Last day to complete initial disclosures or state objection in Rule 26(f)
                 Report, file/serve Case Management Statement, and file/serve Rule 26(f)
10               Report.

11 ~~8/31/06~~    Case Management Conference at 10:00 AM.
12 09/18/06

13 The Parties respectfully request that the Court approve the Parties' Third Stipulation to
14 Modify the Court's Order Setting Case Management Conference and adopt the proposed revised
15 case management schedule set forth above.
16

17

18 Dated: 06/20/06                    Signature: /s/ Daniel S. Wittenberg
                                      Daniel S. Wittenberg
19                                    SNELL & WILMER L.L.P.
                                      1200 Seventeenth Street, Suite 1900
20                                    Denver, CO 80202
                                      Telephone: (303) 634-2000
21                                    Facsimile: (303) 634-2020
                                      *Counsel for Defendant*
22

23
24 Dated: 7/6/06                      Signature: Michael B. Moore
                                      Michael B. Moore
25                                    Charles A. Browning
                                      MOORE & BROWNING
26                                    595 Market Street, Suite 1320
                                      San Francisco, CA 94105
27                                    Telephone: (415) 956-6500
                                      Fax: (415) 956-6580
28                                    *Counsel for Plaintiffs*

SECOND STIPULATION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE
2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 07/10/06            Signature: /s/ James Ware
                           United States District Judge

Snell & Wilmer L.L.P.
LAW OFFICES
1200 Seventeenth Street, Suite 1900, Tabor Center
Denver, Colorado 80202
(303) 634-2000

SECOND STIPULATION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE

3

# PROOF OF SERVICE

I am a resident of the State of Colorado, over the age of eighteen years, and not a party to the within action. My business address is: 1200 17th Street, Suite 1900, Tabor Center, Denver, CO 80202. On July 6, 2006, I served the following document:

**THIRD STIPULATION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and sending via U.S. Mail, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Attorneys for Plaintiffs*

Michael B. Moore, Esq.
Charles A. Browning, Esq.
Moore & Browning, A Law Corporation
595 Market Street, Suite 1320
San Francisco, CA 94105
Phone: (415) 956-6500
Fax: (415) 956-6580

Robert H. Ludlow, Jr., Esq.
Robert H. Ludlow, P.C.
P.O. Box 1184
Santa Cruz, CA 95061
Phone: (831) 475-5592
Fax: (831) 475-0775

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on July 6, 2006, at Denver, Colorado.

48603.0001\KRAUSEA\DEN\104556

SECOND STIPULATION TO MODIFY ORDER SETTING CASE MANAGEMENT CONFERENCE
4