**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Levi Castro, et al., | NO. C 05-03206 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Electrologic of America, Inc., et al., | |
| Defendants. | |

In light of the parties' joint response to the Court's Order to Show Cause re: Settlement, the Court continueD the hearing presently scheduled for November 6, 2006 to **December 4, 2006 at 9 a.m.** to accommodate the parties' efforts in finalizing the settlement.

Dated: November 1, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles A. Browning cabbush@aol.com
Daniel S. Wittenberg dwittenberg@swlaw.com
Michael B. Moore mbm@mooreandbrowning.com

**Dated: November 1, 2006**                              **Richard W. Wieking, Clerk**

                                                              **By:__/s/ JW Chambers___**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California