MICHAEL B. MOORE, ESQ. (SBN 62182)
CHARLES A. BROWNING, ESQ. (SBN 141950)
**Moore & Browning, a Law Corporation**
595 Market Street, Suite 1320
San Francisco, California 94105
Telephone:   (415) 956-6500
Facsimile:   (415) 956-6580
mbm@mooreandbrowning.com

ROBERT H. LUDLOW, JR., ESQ. (SBN 36440)
**Robert H. Ludlow, Jr., P.C.**
P. O. Box 1184
Santa Cruz, CA 95061
Telephone:   (831) 475-5592
Facsimile:   (831) 475-0775

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI CASTRO and WILLIAM CASTRO,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>ELECTROLOGIC OF AMERICA, INC.,<br><br>　　　　　　Defendants. | CASE NO.:   5:05-CV-03206-JW<br><br>[Originally filed in Santa Cruz Superior Court Case No. CV 151306]<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Date of Filing:　April 11, 2005<br>Trial Date:　　　None |

　　　Plaintiffs, LEVI CASTRO and WILLIAM CASTRO, and defendant ELECTROLOGIC OF AMERICA, INC., hereby stipulate and agree through their respective attorneys of record that all claims of Levi Castro and William Castro be voluntarily dismissed with prejudice pursuant to Fed.R.Civ.Pro.41(a)(1). The parties shall each bear their own costs and attorneys fees.

STIPULATED TO and CONSENTED TO BY:

DATED: November 29, 2006        MOORE & BROWNING
                                a Law Corporation


                        By:     /s/ Michael B. Moore
                                Michael B. Moore, Esq.
                                595 Market Street, Suite 1320
                                San Francisco, CA 94105
                                Telephone:  415-956-6500
                                Facsimile:  415-956-6580
                                Attorneys for Levi Castro and William Castro

DATED: November 29, 2006        SNELL & WILMER


                        By:     /s/ Daniel S. Wittenberg
                                Daniel S. Wittenberg, Esq.
                                1200 Seventeenth Street, Suite 1900
                                Denver, CO 80202
                                Telephone:  303-634-2000
                                Facsimile:  303-634-2020
                                Attorneys for Electrologic of America, Inc.

## ORDER

Considering the above and foregoing, IT IS ORDERED, ADJUDGED AND DECREED that the above numbered and captioned action be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

SO ORDERED, this ____29th_____ day of _____November_____, 2006.

_____
Judge James Ware